PATRICK J. DOLAN          . .

*v.*

UNIVERSAL FIRE BRICK COMPANY.

[Decided June 12th, 1918.]

1. The court may, under the provisions of the sixty-fifth and sixty-sixth sections of an act concerning corporations, appoint a receiver of a foreign corporation found to be insolvent notwithstanding the fact that no receiver had been appointed in the jurisdiction of the domicile of the corporation and that there are no proceedings there pending against it, and the procedure is substantially the same as if the corporation were domestic.

2. *McDermott* v. *Woodhouse, 87 N. J. Eq. 615,* distinguished upon the grounds indicated in *Atwater* v. *Baskerville.*

On bill, &c.

*Mr. Michael J. Tansey,* for the complainant.

*Mr. Clifford L. Newman* and *Mr. Edgar M. Tilt,* for the defendant.

LANE, V. C.

This is an application to appoint a receiver of a foreign corporation under the provisions of the sixty-fifth and sixty-sixth sections of the Corporation act. *2 Comp. Stat. p. 1640.* The jurisdiction of the court is questioned upon the authority of *McDermott* v. *Woodhouse, 87 N. J. Eq. 615.* I considered that case in *Atwater* v. *Baskerville,* reported *supra, p. 121,* and came to the conclusion that it is not an authority for the proposition that this court may not under the sixty-fifth and sixty-sixth sections of the statute appoint a receiver of a foreign corporation. This court may, where a foreign corporation is shown to be insolvent, appoint a receiver, notwithstanding the fact that no

receiver has been appointed in the domicile of the corporation and there are no proceedings there pending against it, and the procedure is substantially the same as if the corporation had been domestic.